
**FILED**

JAN 28 2013

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 06-20-BU-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER DENYING MOTION |
| | ) | TO REDUCE SENTENCE |
| CHAD EVERETT MEEKS, | ) | |
| | ) | |
| Defendant. | ) | |

On January 17, 2013, the Clerk of Court received a letter from Defendant Chad Meeks, a federal prisoner proceeding pro se. On June 15, 2007, Meeks was sentenced to a term of 36 months in prison. Judgment (doc. 21) at 2. He asks for a six-month reduction to improve his chances of being placed in a halfway house, which, in turn, might result in his obtaining a pass to attend his daughter's graduation.

The Clerk has no authority to alter a judgment. Consequently, the letter is construed as a motion to the Court to reduce the sentence.

Once a sentence is imposed, a court's authority to alter it is limited. 18 U.S.C. § 3582(c). The Director of the Bureau of Prisons has not filed a motion to reduce the

1

sentence. *Id.* § 3582(c)(1)(A). He has not shown that the Sentencing Commission has lowered his guideline range. *Id.* § 3582(c)(2). More than fourteen days have passed since judgment was entered. Fed. R. Crim. P. 35(a). The United States has not filed a motion to reduce the sentence. Fed. R. Crim. P. 35(b). Meeks has not filed a motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. The Court is not aware of any other statutory authority that authorizes a reduction of the sentence. 18 U.S.C. § 3582(c)(1)(B). The law does not permit the Court to do what Meeks asks.

Accordingly, IT IS HEREBY ORDERED that Meeks's letter, construed as a motion to the Court to reduce the sentence (doc. 24), is DENIED.

DATED this 25th day of January, 2013.

Donald W. Molloy
United States District Court